UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA

-against-

VITO PIPITONE,

Defendant.
------------------------------------------------------------X

ORDER

09-CR-0672 (NGG)

NICHOLAS G. GARAUFIS, United States District Judge.

On October 7, 2009, United States Magistrate Judge Leslie E. Kobayashi of the District of Hawaii ordered Defendant Vito Pipitone released on a $50,000 unsecured bond. (See Letter dated Oct. 8, 2009 (Docket Entry # 14) ("Government Letter"), Ex. A.) Pursuant to 18 U.S.C. § 3145(a)(1), the Government has objected to Magistrate Judge Kobayashi's order of release. (See Government Letter.) Under that provision, this court must make a determination on the Government's motion "promptly." 18 U.S.C. § 3145(a). Accordingly, the court shall hold a hearing on the Government's appeal of Magistrate Judge Kobayashi's order of release on Friday, October 9, 2009 at 3:00pm, New York time, or as soon thereafter as counsel are available. In the meantime, the court orders Defendant Pipitone detained in the custody of the United States Marshal for the District of Hawaii, pending this court's consideration of the Magistrate Judge's order of release.

SO ORDERED.

Dated: Brooklyn, New York
       October 8, 2009

s/Nicholas G. Garaufis

NICHOLAS G. GARAUFIS
United States District Judge