

Joseph Mure' Jr. & Associates
Attorney At Law
26 Court Street, Suite 2810
Brooklyn, New York, 11242
(718) 852-9100

24 March 2010

Hon. Judge Nicholas Garaufis
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
VIA CM / ECF and Facsimile (718) 613-2546

       **1:09-cr-00672-NGG**
       **USA v. Bana, et al**

Dear Judge Garaufis,

    As you are aware, our offices represent Vito Pipitone with respect to the above referenced matter.

    We are forwarding this correspondence in furtherance of our request that Mr. Pipitone's bond be modified to allow for the following holiday travel:

    (1) A departure from his residence at 11:30AM on 28 March 2010 (Palm Sunday) to attend 12:30 Mass at St. Francis of Assissi located at 21-17 45th Street, Astoria, NY 11105 with a subsequent holiday dinner at his mother's residence located at 54-04 69th Street, Maspeth, Queens 11378 with a return home by 7:00PM; and

    (2) An departure from his residence at 11:30AM on 4 April 2010 (Easter Sunday) to attend 12:30 Mass at St. Francis of Assissi located at 21-17 45th Street, Astoria, NY 11105 with a subsequent holiday dinner at his mother in law's residence located at 21-47 45th Street, Astoria, New York 11105 with a return home by 7:00PM.

    Please note that the Office of the United States Attorney (through AUSA Nicole M. Argentieri) and the Office of Pre-Trial Services have consented to Mr. Pipitone's proposed holiday travel.

Thank you for your continued consideration in this matter.

Very truly yours,

Joseph Mure, Jr., Esq.

———————————
SO ORDERED
Hon. Nicholas Garaufis