# JOSEPH MURE JR. & ASSOCIATES

26 COURT STREET - SUITE 2810 - BROOKLYN NY 11242
TEL: (718) 852-9100 – FAX: (718) 797-5554

October 26, 2010

Hon. Nicholas Judge Garaufis
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201
Via Facsimile (718) 613-2546

    1:09-cr-00672-NGG
    USA v. Bana, et al

Dear Judge Garaufis,

    As you are aware, our offices represent Vito Pipitone with respect to the above referenced matter.

    We are forwarding this correspondence in furtherance of our request that Mr. Pipitone's bond be modified to allow for the following:

    Attendance at his father-in-law's retirement dinner at Vendi's Restaurant located at 149-58 Cross Island Parkway, Queens, NY on October 29, 2010 from 5 PM to 11:30 PM.

    Please note that the Office of the United States Attorney (through AUSA Steven Frank) and the Office of Pre-Trial Services (PTSO Michael Ilaria) have taken no position with respect to Mr. Pipitone's proposed attendance.

    Thank you for your continued consideration in this matter.

APPLICATION GRANTED.
So Ordered.
s/Nicholas G. Garaufis
NICHOLAS G. GARAUFIS
United States District Judge
Dated: 10/27/10

Very truly yours,

Joseph Mure, Jr., Esq.